**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1391**

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-OPT2, ASSET
BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-OPT 2,

    Plaintiff - Appellant,

  v.

IVY K. INOCENCIO; MARISSA P. GOMEZ; EQUITY TRUSTEES, LLC;
UNITED STATES OF AMERICA,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, Senior
District Judge. (1:15-cv-00015-TSE-MSN)

Submitted: December 29, 2015   Decided: January 7, 2016

Before GREGORY and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

S. Mohsin Reza, Mary C. Zinsner, TROUTMAN SANDERS LLP, Tysons
Corner, Virginia, for Appellant. Carolina D. Ciraolo, Acting
Assistant Attorney General, Thomas J. Clark, Regina S. Mariarty,
DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deutsche Bank National Trust Co. brought suit in Virginia state court seeking rescission of a foreclosure sale that took place approximately four years earlier. The United States removed the action to district court and moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (6). The district court granted the motion to dismiss as to the United States, based on lack of subject matter jurisdiction. Because there were no viable remaining claims as against the remaining defendants, the court also dismissed the action in its entirety. We have reviewed the parties' briefs, as well as the record on appeal, and find no reversible error. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED